Lynnsee Starr
**SHACKELFORD, MCKINLEY & NORTON LLP**
9201 N. Central Expressway, 4th Floor
Dallas, Texas 75231
State Bar No. 036337
TEL: 214-780-1441
Email: Lstarr@shackelford.law

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| WENDY RILEY, <br><br> Plaintiff, <br><br> v. <br><br> SPIRE RECOVERY SOLUTIONS, LLC, <br><br> Defendant. | ) Case No.: 2:26-cv-02082-PHX-DJH <br> ) <br> ) **JOINT STIPULATION TO EXTEND** <br> ) **ANSWER DEADLINE (FIRST** <br> ) **REQUEST)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION TO EXTEND DEADLINE TO FILE ANSWER OR**
**RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

TO THE HONORABLE JUDGE:

COMES NOW, Plaintiff Wendy Riley ("Plaintiff") and Defendant Spire Recovery Solutions, LLC ("Spire") (jointly the "Parties") and files its *Joint Stipulation to Extend Deadline to File Answer or Responsive Pleading to Plaintiff's Complaint.*

1. Plaintiff filed his Complaint on March 26, 2026. Doc. 1.

2. Spire was served on April 2, 2026, and Spire's deadline to file an answer or responsive pleading is presently set for April 23, 2026.

3.    Spire is in need of additional time to review the allegations and claims raised by Plaintiff against Spire and to prepare its response to Plaintiff's Complaint.

4.    To this end, the Parties stipulate extending the deadline to May 7, 2026, for Spire to file an answer or responsive pleading.

WHEREFORE, PREMISES CONSIDERED, Defendant Spire respectfully requests that this Court extend the deadline for Defendant to file an answer or responsive pleading to Plaintiff's Complaint to May 7, 2026.

Dated: April 23, 2026.                    Respectfully submitted,

By: */s/ Lynnsee Starr*
Lynnsee Starr
State Bar No. 036337
Shackelford, McKinley & Norton, LLP
9201 N. Central
Expressway, 4th Floor
Dallas, Texas 75231

**COUNSEL FOR DEFENDANT**
**SPIRE RECOVERY SOLUTIONS, LLC**

By: */s/ Ryan L. McBride*
Ryan L. McBride
Kazerouni Law Group, APC
2221 Camino del Rio South, Suite 101
San Diego, CA 92108

**COUNSEL FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 23rd day of April 2026.

*/s//*Lynnsee Starr

3